# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MICHAEL LEONETTI, | ) | |
|     Petitioner-Appellant, | ) | 2:10-CV-00180-PMP |
| | ) | |
| vs. | ) | CA: 10-15817 |
| | ) | |
| BRIAN WILLIAMS and ATTORNEY GENERAL OF THE STATE OF NEVADA, | ) | **ORDER** |
| | ) | |
|     Respondents-Appellees. | ) | |

Pursuant to the order filed February 11, 2011 by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED THAT Assistant Federal Public Defender Debra A. Bookout, is appointed to represent Michael Leonetti for this appeal. Ms. Bookout's address is 411 E. Bonneville Ave. Suite 250, Las Vegas, NV 89101 and phone number is 702-388-6577.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

DATED: February 15, 2011.

_____
Philip M. Pro
United States District Judge