## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| MICHAEL LEONETTI, | ) | |
| Petitioner, | ) | 2:10-cv-00180-PMP-LRL |
| vs. | ) | **ORDER** |
| BRIAN WILLIAMS, *et al.*, | ) | |
| Respondents. | ) | |

This action is a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel.

On March 29, 2010, the Court entered an order dismissing this action. (ECF No. 5). The Clerk of Court entered judgment on March 30, 2010. (ECF No. 6). Petitioner filed a notice of appeal. (ECF No. 7). On August 22, 2012, the United States Court of Appeals for the Ninth Circuit entered an unpublished memorandum opinion reversing and remanding this case. (ECF No. 17). The Court of Appeals entered mandate on September 14, 2012 (ECF No. 18), and on September 17, 2012, recalled the mandate (ECF No. 19). On November 15, 2012, the Court of Appeals again issued mandate. (ECF No. 22). This Court entered its order on mandate on November 27, 2012. (ECF No. 24).

1    On January 14, 2013, a status conference was held before this Court, at which time petitioner
2 was directed to file an amended petition not later than April 15, 2013. (ECF No. 25). Respondents
3 were directed to file their response to the amended petition not later than June 1, 2013. (*Id.*). By
4 way of this order, the Court further directs the parties, as specified below.

5    **IT IS THEREFORE ORDERED** that the parties **SHALL CONFER** on the filing of
6 transcripts and all relevant portions of the state court record. The parties shall make all attempts to
7 file <u>one set of exhibits</u> that comprise the state court record, rather than submitting two separate sets
8 of exhibits.

9    **IT IS FURTHER ORDERED** that, once one party has filed exhibits comprising the state
10 court record, any additional exhibits filed **SHALL BE** numbered in sequential order.

11    **IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of all
12 exhibits presented in support of the amended petition and the response to the amended petition to the
13 Reno Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia
14 St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing
15 address label. Moreover, in the future, all parties shall provide courtesy copies of any additional
16 exhibits submitted to the Court in this case, in the manner described above.

17    Dated this _ 14th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE

2